**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

Collins, et al.,

Plaintiffs,

v.

Doe Run Resources Corporation, et al.,

Defendants.

Case No: 16-cv-61

**PLAINTIFF B.J.N.H.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

COME NOW Plaintiff B.J.N.H., by and through undersigned counsel, hereby submits Plaintiff **B.J.N.H.**'s Notice of Voluntary Dismissal With Prejudice.

WHEREFORE, Counsel respectfully requests that the Court enter an Order dismissing B.J.N.H. with prejudice and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, #2031458
Paul J. Napoli, #251314
360 Lexington Avenue, Eleventh Floor
New York, NY, 10017
(212) 397-1000
hunter@napolilaw.com
pnapoli@napolilaw.com

**GORI, JULIAN & ASSOC., P.C.**

By: /s/ D. Todd Mathews
D. Todd Mathews, MO Bar 52502
Randy L. Gori, MO Bar 47619
156 N. Main St.
Edwardsville, IL 62025
(618) 659-9833
todd@gorijulianlaw.com
randy@gorijulianlaw.com

**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Frank R. Rodriguez
Frank R. Rodriguez, #348988FL
Paulino A. Nuñez, #814806FL
255 Alhambra Cir., Suite 1150

So Ordered

1/16/2020